Reinhard Stork, Respondent, v. John D. Lymber, Appellant.— Motion to dismiss appeal granted, with costs. There is nothing to indicate that the new evidence was discovered after the judgment was voluntarily paid. Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

Filippo Todaro, Appellant, v. Somerville Realty Company and Others, Respondents.— Motion for reargument denied, but order resettled so as to provide that the plaintiff may amend on the payment of thirty dollars costs. Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ. Settle order before Mr. Justice Carr on notice.

The Village of Haverstraw, Respondent, v. J. Esler Eckerson and Others, Appellants.— Motion granted, without costs, on condition that the appeal be perfected and heard at the April term. Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

Frederick W. Wurster and Others, Appellants, v. The City of New York and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted and questions certified as follows: *First.* Can the plaintiffs maintain this action? *Second.* May the, Supreme Court in its discretion grant the injunction asked for *pendente lite?* Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

Hyman Kleinstein, Respondent, v. Solomon Gonsky and Dora Gonsky, Appellants.— Final order of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

Julius Kupatt, Respondent, v. Leo Sander, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Samuel B. Lang, Respondent, v. Alois Sessler, Appellant, Impleaded with William Smith and Jane Smith, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that it does not appear that the examination is necessary to enable petitioner to frame his complaint, or for the prosecution of the action, or to perpetuate testimony. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Annie Leonard, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Rich and Carr, JJ., concurred.

Frederick Leuchter, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

John Magny, Respondent, v. Dennis Horan, as President of the United Journeymen Tailors of Greater New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Thomas, Rich and Carr, JJ., concurred; Burr, J., dissented.

Janet Martin, Respondent, v. The Village of Mamaroneck, Appellant.— Judgment and order of the County Court of Westchester county unanimously